HARVEY P. SACKETT (72488)

**S A C K E T T**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA GONZALEZ-AMEZCUA, ) | Civil No. C07-03103 JSW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

Plaintiff shall have an extension of time of (30) days up through and including

Wednesday, November 28, 2007 in which to e-file her Motion for Summary

Judgment. This extension is necessitated by the number of other cases Plaintiff's

counsel currently has before this district court and other district courts (8) that also

require briefing around this time.

1

STIPULATION AND ORDER

1

2       SCOTT N. SCHOOLS
        United States Attorney
3

4

5

6   Dated: October 26, 2007          /s/_____
                                     LEO R. MONTENEGRO
7                                    Assistant U.S. Attorney

8

9

10

11  Dated: October 26, 2007          /s/_____
                                     HARVEY P. SACKETT
12                                   Attorney for Plaintiff
                                     AMALIA GONZALEZ-
13                                    AMEZCUA

14

15

16  IT IS SO ORDERED.

17

18  Dated:    October 29, 2007       _____
                                     HON. JEFFREY S. WHITE
19                                   United States District Judge

20

21

22

23

24

25

26

27

28

                              2

STIPULATION AND ORDER