HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA GONZALEZ-AMEZCUA, ) | Civil No. C07-03103 JSW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Friday, December 28, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before this district court and other district courts (10) that also require briefing around this time.

1

STIPULATION AND ORDER

| | |
|---|---|
| | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: November 26, 2007 | /s/<br>LEO R. MONTENEGRO<br>Assistant U.S. Attorney |
| Dated: November 26, 2007 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>AMALIA GONZALEZ-<br>AMEZCUA |

IT IS SO ORDERED.

    This shall be the final extension of time to file a motion for summary judgment.

Dated:  November 26, 2007

HON. JEFFREY S. WHITE
United States District Judge

2

STIPULATION AND ORDER