IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMALIA GONZALEZ-AMEZCUA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

No. C 07-03103 JSW

**JUDGMENT**

    Pursuant to the Court's Order granting Plaintiff's motion for summary judgment and denying Defendant's cross-motion for summary judgment, judgment is HEREBY ENTERED in favor of Plaintiff. The Clerk is directed to enter judgment in favor of Gonzalez.

    This matter is HEREBY REMANDED to the Social Security Administration for payment of benefits. The Commissioner of Social Security shall assume jurisdiction over this matter to pay benefits to Gonzalez.

**IT IS SO ORDERED.**

Dated: April 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE