JOSEPH P. RUSSONIELLO, SBN CA 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
LEO R. MONTENEGRO SBN NY 2616118
Special Assistant United States Attorney

    333 Market St, Ste 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8943
    Fax: (415) 744-0134
    E-mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AMALIA GONZALEZ-AMEZCUA, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. 07-3103 JSW |
| v. | ) | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS (28 U.S.C. § 1920) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | & ORDER |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of THREE THOUSAND THREE HUNDRED DOLLARS AND ZERO CENTS ($3,300.00) and costs in the amount of THREE HUNDRED SEVENTY DOLLARS AND FIFTY-FIVE CENTS ($370.55).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the aforementioned sum under the EAJA shall constitute a complete release

1  from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating
2  to attorneys fees and costs incurred in this action under EAJA.  Any payment shall be made
3  payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
4       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
5  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

                              Respectfully submitted,

8  Dated: August 4, 2008          /s/ Harvey P. Sackett
                                  HARVEY P. SACKETT
9                                 Attorney for Plaintiff

10
11 Dated: August 8, 2008          JOSEPH P. RUSSONIELLO
                                  United States Attorney
12

13                                /s/ Leo R. Montenegro
                                  LEO R. MONTENEGRO
14                                Speical Assistant U.S. Attorney

15                                Attorneys for Defendant

18 IT IS SO ORDERED:

20 Dated: 8/11/2008               _____
                                  THE HONORABLE JEFFREY S. WHITE
21                                United States District Judge

STIP & PROPOSED ORDER RE EAJA FEES
C 07-3103 JSW                      2