IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA GONZALEZ-AMEZCUA, | |
| Plaintiff, | No. C 07-03103 JSW |
| v. | |
| MICHAEL J. ASTRUE, | **ORDER REFERRING MOTION FOR AWARD OF ATTORNEYS' FEES TO MAGISTRATE JUDGE** |
| Defendant. | |

On November 10, 2008, Plaintiff filed a motion for award of attorneys' fees. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: November 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom